IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **vs.** | )   **CRIMINAL ACTION 09-00048-KD** |
| | ) |
| **EMMETT JACKSON, JR.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This matter is before the Court on defendant Emmett Jackson, Jr.'s unopposed motion to continue trial (doc. 20). Defendant Jackson seeks a continuance because of cooperation with the Government and the need for additional time to complete his cooperation. The Government does not oppose the motion. On April 24, 2009, a telephone conference was held with counsel for the defendant John L. White and counsel for the Government Assistant U.S. Attorney John G. Cherry, Jr.

Upon consideration of the motion and for reasons more fully discussed in the telephone conference, the court finds that defendant's motion for additional time to complete his cooperation is reasonable under the circumstances. Accordingly, the motion to continue is **GRANTED** and the trial is continued to the June 2009 criminal trial term.

The court further finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), "the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial." Therefore, for purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) (excluding "[a]ny period of delay resulting from a continuance granted by any judge . . . if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action

outweigh the best interest of the public and the defendant in a speedy trial.")

However, this continuance is contingent upon the defendant filing a **written waiver of his right to a speedy trial signed by the defendant not later than Wednesday, April 29, 2009**. Accordingly, provided that defendant files his waiver of speedy trial rights on or before **April 29, 2009**, the motion to continue trial (doc. 20) is **GRANTED** and this case is continued to the **June 2009** criminal trial term.

The Clerk of the Court is directed to refer this matter to the appropriate Magistrate Judge to schedule a pre-trial conference.

**DONE** and **ORDERED** this the 27th day of April, 2009.

        **s / Kristi K. DuBose**
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**